# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS R. ROGERS, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 18-1544 |
| GURBIR GREWAL, *et al.*, | ) |
| *Defendants*. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs state as follows:

Plaintiff Association of New Jersey Rifle & Pistol Clubs, Inc. is a New Jersey not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  February 5, 2018               Respectfully submitted,

David H. Thompson*                     s/ Daniel L. Schmutter
Peter A. Patterson*                    Daniel L. Schmutter
John D. Ohlendorf*                     HARTMAN & WINNICKI, P.C.
COOPER & KIRK, PLLC                    74 Passaic Street
1523 New Hampshire Avenue, N.W.        Ridgewood, New Jersey 07450
Washington, D.C. 20036                 (201) 967-8040
(202) 220-9600                         (201) 967-0590 (fax)
(202) 220-9601 (fax)                   dschmutter@hartmanwinnicki.com
dthompson@cooperkirk.com

   **Pro hac vice* application
   forthcoming

*Attorneys for Plaintiffs*