GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
   Gurbir S. Grewal, Patrick J. Callahan,
   Hon. Joseph W. Oxley, J.S.C., and
   Hon. N. Peter Conforti, J.S.C.

By: Bryan Edward Lucas (108462015)
    Deputy Attorney General
    (973) 648-3573
    bryan.lucas@law.njoag.gov
    DOL# 17-00259

| | |
|---|---|
| THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>       Plaintiffs,<br><br>  v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey Division of State Police, KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, and N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Sussex County,<br><br>       Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY VICINAGE OF TRENTON**<br><br>HON. BRIAN R. MARTINOTTI, U.S.D.J.<br>HON. DOUGLAS E. ARPERT, U.S.M.J.<br><br>CIVIL ACTION NO. 3:18-CV-01544-BRM-DEA<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO L. Civ. R. 6.1** |

1

Application is hereby made for a Clerk's Order extending the time within which Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C. may answer, move, or otherwise reply to the complaint filed by Plaintiffs herein and it is represented that:

1. No previous extension has been obtained.

2. On February 6, 2018, Plaintiffs served Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C. with summonses and the complaint in this matter.

3. Pursuant to Fed. R. Civ. P. 81(c)(2), the time for Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C. to answer, move, or otherwise reply expires on February 27, 2018.

4. Pursuant to L. Civ. R. 6.1(b), Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C., request that the time for them to answer, move or otherwise reply be extended for fourteen days, or until March 13, 2018.

>                             GURBIR S. GREWAL
>                             ATTORNEY GENERAL OF NEW JERSEY
>
>                             /s/ Bryan E. Lucas
>                             Bryan E. Lucas
>                             Deputy Attorney General

Dated: February 15, 2018

The above application is ORDERED GRANTED and the time within which Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C. shall answer, move or otherwise reply is extended to _____.

WILLIAM T. WALSH, CLERK

_____
Deputy Clerk

DATED: _____

3