**|||||||||||||||**
3 7 4 4 5 2

UNITED STATES DISTRICT COURT, DISTRICT OF N.J.
50 WALNUT ST. NEWARK, NJ 07102                                     Docket No.  3:18-CV-01544-BRM

THOMAS R. ROGERS, ET AL.
, Plaintiff(s)

- against -

GURBIR GREWAL, ET AL.
, Defendant(s)

AFFIDAVIT OF SERVICE ( ATTORNEY GENERAL - STATE OF NEW JERSEY )

I, RAMI AMER                    , A COMPETENT ADULT AT THE TIME OF SERVICE AM OVER THE AGE OF 18, NOT A PARTY TO THIS ACTION AND DO NOT HAVE A DIRECT INTEREST IN THIS LITIGATION, BEING DULY SWORN ACCORDING TO LAW UPON MY OATH DEPOSE AND SAY: I SERVED THE FOLLOWING DOCUMENTS:

SUMMONS & COMPLAINT
CIVIL COVER SHEET
CORPORATE DISCLOSURE STATEMENT

DATE OF SERVICE: 2-6-18 AT 10:50 AM

PLACE OF SERVICE: 25 WEST MARKET STREET
                  TRENTON NJ 08625

THE UNDERSIGNED SERVED THE ANNEXED PAPERS TO WIT:
SERVED: GURBIR GREWAL
        C/O ATTORNEY GENERAL FOR NEW JERSEY

A true and correct copy of the aforesaid papers were served on the above named defendant in the following manner:

NAME OF PERSON ACCEPTING SERVICE: Ellen Seitz

TITLE: AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE ATTORNEY GENERAL'S OFFICE STATE OF NEW JERSEY.

Description of person accepting service of documents:
AGE: 50  HEIGHT: 5'4"  WEIGHT: 150  HAIR: Black    RACE: CAUC  SEX: Female

SWORN AND SUBSCRIBED TO BEFORE ME                UNDERSIGNED DECLARES UNDER PENALTY
                                                  OF PERJURY THAT THE FOREGOING IS
THIS 6th DAY OF Feb. , 2018                       TRUE AND CORRECT.

_____                 _____ 2-6-18
NOTARY PUBLIC COMMISSION EXPIRES                  NAME OF PROCESS SERVER     DATE

KATARZYNA AMER
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/30/2022

DGR - The Source for Legal Support
1359 Littleton Road, Morris Plains, NJ 07950-3000
File #  3:18-CV-01544-BRM-DEA (973) 403-1700  Fax (973) 403-9222       Work Order #  374452

Case 3:18-cv-01544-BRM-DEA   Document 3   Filed 02/05/18   Page 1 of 2 PageID: 32

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THOMAS R. ROGERS, ET AL.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

GURBIR GREWAL, ET AL.,
*Defendant*

CASE NUMBER: **3:18-CV-01544-BRM-DEA**

TO: *(Name and address of Defendant):*

```
Gurbir Grewal
Office of The Attorney General
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

```
Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
```

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

**John Moller**
(By) DEPUTY CLERK



ISSUED ON 2018-02-05 14:37:56, Clerk
USDC NJD