

## *State of New Jersey*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Acting Director*

March 2, 2018

**Via Electronic Filing**
Hon. Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re: <u>Rogers, et al. v. Grewal, et al.</u>
            Civil Action No. 3:18-cv-01544-BRM-DEA

Dear Judge Arpert:

    My office represents Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C. in the above referenced matter.

    Please find enclosed a proposed consent order extending the time in which Defendants may file a responsive pleading.

    Thank you for your attention to this matter.

                 Respectfully submitted,

                 GURBIR S. GREWAL
                 ATTORNEY GENERAL OF NEW JERSEY

           By: <u>/s/ Bryan Edward Lucas</u>
               Bryan Edward Lucas
               Deputy Attorney General

cc: Daniel L. Schmutter, Esq.



GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants,
   Gurbir S. Grewal, Patrick J. Callahan,
   Hon. Joseph W. Oxley, J.S.C., and
   Hon. N. Peter Conforti, J.S.C.

By: Bryan Edward Lucas (108462015)
   Deputy Attorney General
   (973) 648-3573
   bryan.lucas@law.njoag.gov
   DOL# 18-00375

| | |
|---|---|
| THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey Division of State Police, KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, and N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Sussex County,<br><br>      Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY VICINAGE OF TRENTON**<br><br>HON. BRIAN R. MARTINOTTI, U.S.D.J.<br>HON. DOUGLAS E. ARPERT, U.S.M.J.<br><br>CIVIL ACTION NO. 3:18-CV-01544-BRM-DEA<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD** |

This matter having been opened to the Court on application of Gurbir S. Grewal, Attorney General of New Jersey, Bryan E. Lucas, Deputy Attorney General, appearing on behalf of Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C., with the consent of Plaintiffs' counsel, for a Consent Order extending time within which to file an Answer, move, or otherwise plead, for an additional period of 21 days or no later than April 3, 2018, and for good cause having been shown;

It is on this _____ day of _____, 2018;

**ORDERED** that Defendants, Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C., be permitted to file an Answer, move, or otherwise plead for an additional period of 21 days or no later than April 3, 2018.

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.

HARTMAN & WINNICKI, P.C.

By:  /s/ Daniel L. Schmutter
     Daniel L. Schmutter, Esq.
     *Attorneys for Plaintiffs*

Dated: March 2, 2018

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Bryan Edward Lucas
      Bryan Edward Lucas
      Deputy Attorney General
      *Attorney for Defendants, Gurbir S.*
      *Grewal, Patrick J. Callahan, Hon.*
      *Joseph W. Oxley, J.S.C., and Hon. N.*
      *Peter Conforti, J.S.C.*

Dated: March 2, 2018