GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
    Attorney for Defendants, Gurbir S. Grewal, Patrick J. Callahan,
    Joseph W. Oxley, and N. Peter Conforti

By:   Bryan Edward Lucas (ID: 108462015)
      Deputy Attorney General
      (973) 648-3573
      Bryan.Lucas@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| THOMAS R. ROGERS and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>GURBIR S. GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey State Police, KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, and N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law | HON. BRIAN R. MARTINOTTI, U.S.D.J.<br><br>HON. DOUGLAS E. ARPERT, U.S.M.J.<br><br>CIVIL ACTION NO. 3:18-cv-01544<br><br>**NOTICE OF MOTION**<br>**TO DISMISS PURSUANT TO**<br>**FED. R. CIV. P. 12(b) (6)** |

1

Division, Sussex County,

    Defendants.

To:    United States District Court
District of NJ – Trenton Vicinage
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Daniel L. Schmutter
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
*Attorney for Plaintiffs, Thomas R. Rogers and Association of New Jersey Rifle & Pistol Clubs, Inc.*

Paul L. LaSalle
Cleary Giacobbe Alfieri Jacobs, LLC
5 Ravine Drive
Matawan, New Jersey 07747
*Attorney for Defendant, Kenneth J. Brown, Jr.*

**PLEASE TAKE NOTICE** that on **May 7, 2018,** or as soon thereafter as counsel may be heard, the undersigned attorney for the State Defendants, Gurbir S. Grewal, Patrick J. Callahan, Joseph W. Oxley, and N. Peter Conforti, will move before the Honorable Brian R. Martinotti, U.S.D.J., for an Order dismissing all claims against these Defendants pursuant to Fed. R. Civ. P. 12(b)(6);

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached brief in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78, oral argument is not requested.

A proposed form of Order is attached.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:    /s/ Bryan Edward Lucas
         Bryan Edward Lucas
         Deputy Attorney General

DATE: April 3, 2018