GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
    Attorney for Defendants, Gurbir S. Grewal, Patrick J. Callahan,
    Joseph W. Oxley, and N. Peter Conforti

By:   Bryan Edward Lucas (ID: 108462015)
       Deputy Attorney General
       (973) 648-3573
       Bryan.Lucas@law.njoag.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| THOMAS R. ROGERS and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>GURBIR S. GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey State Police, KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, and N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law | HON. BRIAN R. MARTINOTTI, U.S.D.J.<br><br>HON. DOUGLAS E. ARPERT, U.S.M.J.<br><br>CIVIL ACTION NO. 3:18-cv-01544<br><br>**ORDER** |

| |
|---|
| Division, Sussex County, |
|     Defendants. |

This matter having come before the Court on a motion pursuant to Fed. R. Civ. P. 12(b)(6) of GURBIR S. GREWAL, ATTORNEY GENERAL OF NEW JERSEY, by Bryan Edward Lucas, Deputy Attorney General, appearing on behalf of the State Defendants, Gurbir S. Grewal, Patrick J. Callahan, Joseph W. Oxley, and N. Peter Conforti; and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown;

It is on this _____ day of _____, 2018;

**ORDERED** that the motion to dismiss all claims against the State Defendants, Gurbir S. Grewal, Patrick J. Callahan, Joseph W. Oxley, and N. Peter Conforti, in Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**, and it is further

**ORDERED** that all claims against State Defendants, Gurbir S. Grewal, Patrick J. Callahan, Joseph W. Oxley, and N. Peter Conforti are hereby **DISMISSED.**

                                               _____
                                               Hon. Brian R. Martinotti, U.S.D.J.

_____ Opposed

_____ Unopposed