CLEARY GIACOBBE ALFIERI JACOBS, LLC
955 Route 34, Suite 200
Matawan, NJ 07747
Tel.: 732-583-7474
Fax: 732-566-7687
Attorneys for Defendant Kenneth J. Brown, Jr.
By: Paul L. LaSalle, Esq. (PLL-1394)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GRUBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey Division of State Police, KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, and N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Sussex County, <br><br> Defendants. | Case No.: 3:18-cv-01544-BRM-DEA <br><br> Civil Action <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

**TO:** Daniel L. Schmutter, Esq.
Hartman & Winnicki, P.C.
74 Passaic Street
Ridgewood, NJ 07450

**SIR**:

**PLEASE TAKE NOTICE** that on May 7, 2018, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant Kenneth J. Brown, Jr., shall move before the above-named Court for an Order dismissing Plaintiffs' Complaint, pursuant to Fed.R.Civ.P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** the undersigned shall rely upon the attached Brief, as well as the Brief filed the State Defendants, in support of this application.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that the Court rule upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Fed.R.Civ.P. 78.

CLEARY GIACOBBE ALFIERI JACOBS, LLC
Attorneys for Defendant
Defendant Kenneth J. Brown, Jr.

By: /s/ Paul L. LaSalle
    PAUL L. LASALLE

Dated: April 9, 2018