# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

PAUL L. LASALLE, Counsel
plasalle@cgajlaw.com

**Reply to: Matawan Office**

<u>**VIA ECF FILING**</u>

April 9, 2018

Hon. Brian R. Martinotti, U.S.D.J.
United States District Court for the
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: <u>Rogers, et al. v. Grewal, et al.</u>
     Civil Case No.: 3:18-cv-01544-BRM-DEA
     **Motion Returnable: May 7, 2018**

Dear Judge Martinotti:

  Please be advised this office represents Defendant Kenneth J. Brown, Jr. in the above-matter. On today's date, Chief Brown filed a Motion to Dismiss Plaintiffs' Complaint. On April 3, 2018, Defendants Gurbir S. Grewal, Patrick J. Callahan, Joseph W. Oxley and N. Peter Conforti (collectively referred to as the "State Defendants") filed a Motion to Dismiss. (Document No. 16). Please be advised that Chief Brown shall rely upon the Brief filed by the State Defendants in

955 Route 34
Suite 200
Matawan, NJ 07747
Tel 732 583-7474
Fax 732 566-7687

169 Ramapo Valley Road
Upper Level 105
Oakland, NJ 07436
Tel 973 845-6700
Fax 201 644-7601

www.cgajlaw.com

support of their Motion to Dismiss (Document No. 16-3), as a dismissal of Plaintiffs' Complaint as to Chief Brown is warranted for the same reasons as the State Defendants. In that regard, it bears noting that the only allegation within the Complaint as to Chief Brown is that he properly denied Plaintiff Thomas R. Rogers's application for a Handgun Carry Permit for failure to show a "justifiable need," as New Jersey law mandates.

                                          Respectfully submitted,
                                          **CLEARY GIACOBBE ALFIERI JACOBS, LLC**

                                          By: /s/ Paul L. LaSalle
                                                PAUL L. LASALLE