**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
955 Route 34, Suite 200
Matawan, NJ 07747
Tel.: 732-583-7474
Fax: 732-566-7687
Attorneys for Defendant Kenneth J. Brown, Jr.
By: Paul L. LaSalle, Esq. (PLL-1394)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GRUBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey Division of State Police, KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, and N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Sussex County,<br><br>Defendants. | Case No.: 3:18-cv-01544-BRM-DEA<br><br>Civil Action<br><br><br>**ORDER** |

**THIS MATTER** having been opened to the Court upon the application of Paul L. LaSalle, Esq. of Cleary Giacobbe Alfieri Jacobs, LLC, attorneys for Defendant Kenneth J. Brown, Jr., for an Order dismissing Plaintiffs' Complaint; and the Court having reviewed the moving papers, and any opposition thereto, and for good cause having been shown;

**IT IS** on this _____ day of _____, 2018:

**ORDERED** that the Complaint of Plaintiffs be and hereby is dismissed, with prejudice, as to Defendant Kenneth J. Brown, Jr.; and

**IT IS FURTHER ORDERED** that this civil action be and hereby is terminated.

_____
HON. BRIAN R. MARTINOTTI, U.S.D.J.