

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

April 25, 2018

**VIA CM/ECF eFile**
Hon. Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ 08608

    Re:    **Rogers, et al. v. Grewal, et al.**
                **Civil Action No. 3:18-cv-01544-BRM-DEA**

Dear Judge Martinotti:

    My office represents Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C. in the above referenced matter.

    My office filed a motion to dismiss in lieu of answer which is presently returnable before Your Honor on May 7, 2018. With the consent of all counsel, I am requesting a one cycle adjournment of the motion until May 21, 2018.

    Thank you for your consideration in this matter.

                              Respectfully submitted,

                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                  By:    /s/ Bryan Edward Lucas
                            Bryan Edward Lucas
                            Deputy Attorney General

cc:  Daniel L. Schmutter, Esq.
     Paul L. LaSalle, Esq.
     David H. Thompson, Esq.



124 HALSEY STREET• TELEPHONE: 973-648-3573• FAX: 973-648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

    Peter A. Patterson, Esq.
    John D. Ohlendorf, Esq.