

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

RECEIVED
APR 26 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

April 25, 2018

**VIA CM/ECF eFile**
Hon. Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ 08608

Re: **Rogers, et al. v. Grewal, et al.**
    **Civil Action No. 3:18-cv-01544-BRM-DEA**

Dear Judge Martinotti:

My office represents Defendants Gurbir S. Grewal, Patrick J. Callahan, Hon. Joseph W. Oxley, J.S.C., and Hon. N. Peter Conforti, J.S.C. in the above referenced matter.

My office filed a motion to dismiss in lieu of answer which is presently returnable before Your Honor on May 7, 2018. With the consent of all counsel, I am requesting a one cycle adjournment of the motion until May 21, 2018.

Thank you for your consideration in this matter.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Bryan Edward Lucas
     Bryan Edward Lucas
     Deputy Attorney General

cc: Daniel L. Schmutter, Esq.
    Paul L. LaSalle, Esq.
    David H. Thompson, Esq.



124 HALSEY STREET• TELEPHONE: 973-648-3573• FAX: 973-648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Peter A. Patterson, Esq.
John D. Ohlendorf, Esq.

It is so ordered this 26th day of April, 2018

Brian R. Martinotti, U.S.D.J.