GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
    Attorney for Defendants, Gurbir S. Grewal, Patrick J. Callahan,
    Joseph W. Oxley, and N. Peter Conforti

By:   Bryan Edward Lucas (ID: 108462015)
       Deputy Attorney General
       (973) 648-3573
       Bryan.Lucas@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| THOMAS R. ROGERS and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GURBIR S. GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey State Police, KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, and N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law | HON. BRIAN R. MARTINOTTI, U.S.D.J. <br><br> HON. DOUGLAS E. ARPERT, U.S.M.J. <br><br> CIVIL ACTION NO. 3:18-cv-01544 <br><br> **CERTIFICATE OF SERVICE** |

| |
|---|
| Division, Sussex County,<br><br>    Defendants. |

      I hereby certify that on April 3, 2018, I electronically filed a Notice of Motion, Brief in Support of Defendants' Motion to Dismiss in Lieu of Answer, Proposed Form of Order, and this Certificate of Service with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record will receive a copy of these documents via CM/ECF.

      I declare under penalty of perjury that the foregoing is true and correct.

                                    GURBIR S. GREWAL
                                    ATTORNEY GENERAL OF NEW JERSEY

                By:   /s/ Bryan Edward Lucas
                          Bryan Edward Lucas
                          Deputy Attorney General

Dated: April 3, 2018