## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
                              :

THOMAS R. ROGERS and           :
ASSOCIATION OF NEW JERSEY RIFLE :
& PISTOL CLUBS, INC.,            :
                              :
              Plaintiffs,      :
      v.                           :     Civil Action No. 3:18-cv-01544-BRM-DEA
                              :
GURBIR GREWAL, PATRICK J.     :
CALLAHAN, KENNETH J. BROWN, JR., :       **ORDER**
JOSEPH W. OXLEY, and PETER     :
CONFORTI                  :
                              :
             Defendants.     :
_____:

**MARTINOTTI, DISTRICT JUDGE**

       **THIS MATTER** is before this Court on: (1) Defendants Gurbir Grewal ("Attorney General Grewal"), Patrick J. Callahan ("Callahan"), Joseph W. Oxley ("Judge Oxley"), and N. Peter Conforti's ("Judge Conforti") (collectively, the "State Defendants") Motion to Dismiss (ECF No. 16); and (2) Defendant Kenneth J. Brown's ("Brown") (together with the State Defendants, the "Defendants") Motion to Dismiss, in which he advises he will rely upon the State Defendants' Motion (ECF No. 18). Pursuant to Federal Rule of Civil Procedure 78(b), the Court did not hear oral argument. For the reasons set forth in the accompanying Opinion, and for good cause appearing,

       **IT IS** on this 21st day of May 2018,

       **ORDERED** that Defendants' motions to dismiss are **GRANTED**.

                              */s/ Brian R. Martinotti*_____
                              **HON. BRIAN R. MARTINOTTI**
                              **UNITED STATES DISTRICT JUDGE**