# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS R. ROGERS, *and* <br><br> ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br>   *Plaintiffs/Appellants* <br><br>  v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey Division of State Police, <br><br> KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, <br><br> JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, *and* <br><br> N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Sussex County, <br><br>   *Defendants/Appellees*. | Civil Action No. 18-1544 <br><br> Judge Brian R. Martinotti <br> Magistrate Judge Douglas E. Arpert |

## NOTICE OF APPEAL

  Notice is hereby given that Thomas R. Rogers and Association of New Jersey Rifle & Pistol Clubs, Inc., Plaintiffs in the above named case, hereby appeal to the

United States Court of Appeals for the Third Circuit from the May 21, 2018 Order of the Honorable Brian R. Martinotti, U.S.D.J. dismissing the Complaint.

Dated:      June 18, 2018

| | |
|---|---|
| David H. Thompson | s/Daniel L. Schmutter |
| Peter A. Patterson | Daniel L. Schmutter |
| John D. Ohlendorf | HARTMAN & WINNICKI, P.C. |
| COOPER & KIRK, PLLC | 74 Passaic Street |
| 1523 New Hampshire Avenue, N.W. | Ridgewood, New Jersey 07450 |
| Washington, D.C. 20036 | (201) 967-8040 |
| (202) 220-9600 | (201) 967-0590 (fax) |
| (202) 220-9601 (fax) | dschmutter@hartmanwinnicki.com |
| dthompson@cooperkirk.com | |

*Attorneys for Plaintiffs/Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served electronically on all parties or their counsel.

s/ Daniel L. Schmutter
Daniel L. Schmutter

*Attorney for Plaintiffs*
