UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 19, 2018
ACO-097

No. 18-2366

Thomas Rogers; Association of New Jersey
Rifle and Pistol Clubs, Inc.;
Appellants

v.

Attorney General New Jersey; Patrick J. Callahan,
in his official capacity as Acting Superintendent of the
New Jersey Division of State Police; Kenneth J. Brown,
in his official capacity as Chief of the Wall Township
Police Department; Joseph W. Oxley, in his official
capacity as Judge of the Superior court of New Jersey, Law Division,
Monmouth County; N. Peter Conforti, in his official capacity as
Judge of the Superior Court of New Jersey; Law Division, Sussex County

(D.N.J. No. 3-18-cv-01544)

Present:  MCKEE, VANASKIE and SCIRICA, Circuit Judges

  1. Unopposed Motion by Appellants for Summary Action.

                                        Respectfully,
                                        Clerk/clw

_____ORDER_____
The foregoing motion for summary action is granted.

                                        By the Court,

                                        s/Anthony J. Scirica
                                        Circuit Judge

Dated: September 21, 2018
CLW/cc: John D. Ohlendorf, Esq.
        Peter A. Patterson, Esq.
        Daniel L. Schmutter, Esq.
        David H. Thompson, Esq.

Bryan E. Lucas, Esq.
Mitchell B. Jacobs, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on October 15, 2018

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**