UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS R. ROGERS, and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GRUBIR GREWAL, in his official capacity as Attorney General of New Jersey, PATRICK J. CALLAHAN, in his official capacity as Acting Superintendent of the New Jersey Division of State Police, KENNETH J. BROWN, JR., in his official capacity as Chief of the Wall Township Police Department, JOSEPH W. OXLEY, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Monmouth County, and N. PETER CONFORTI, in his official capacity as Judge of the Superior Court of New Jersey, Law Division, Sussex County, <br><br> Defendants. | Case No.: 3:18-cv-01544-BRM-DEA <br><br> <u>Civil Action</u> <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Micci J. Weiss, Esq. hereby appears as counsel for Defendant Kenneth J. Brown, Jr. in the above-matter.

      /s/ Micci J. Weiss
Micci J. Weiss
**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
955 Route 34, Suite 200
Matawan, NJ 07747
Tel.: 732-583-7474
Fax: 732-566-7687
E-mail: mweiss@cgajlaw.com